Case No: 09-10083 JPH Judge: JEFFERY P HOPKINS  Trustee Name: NORMAN L. SLUTSKY
Case Name: FRITZSCH CUSTOM BIUILDERS, LLC  Date Filed (f) or Converted (c): 01/09/09 (f)
  341(a) Meeting Date: 07/16/09
For Period Ending: 03/31/10 (3rd reporting period for this case)  Claims Bar Date: 10/14/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3025 Ononta, Cincinnati, Ohio 45226 Hamilton Count | 1,000,000.00 | 185,077.12 | OA | 0.00 | FA |
| 2. For disclosure purposes only Fritszch Custom Build | 0.00 | 0.00 | DA | 0.00 | FA |
| 3. Debtor asserts that it holds claims against Lansda | 0.00 | Unknown | | 0.00 | Unknown |
| 4. When the plaintiff in Nies v Fritzsch Custom Build | 0.00 | Unknown | | 0.00 | Unknown |
| 5. 2002 Chevrolet Astro Van VIN 1GNDM19XX2B109026 | 2,500.00 | 2,500.00 | DA | 0.00 | FA |

TOTALS (Excluding Unknown Values)   $1,002,500.00   $187,577.12   $0.00   Gross Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case pending until results of appeal of lawsuit is completed lawsuit. If successfull, estate may have significant

assets if not will close no asset, I haave abandoned Real estate awaiting court decison of attorny fees

Initial Projected Date of Final Report (TFR): 12/31/10   Current Projected Date of Final Report (TFR): 12/31/10

  /s/  NORMAN L. SLUTSKY
_____   Date: 04/05/10
  NORMAN L. SLUTSKY

LFORM1  Ver: 15.06b

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 09-10083 -JPH | Trustee Name: NORMAN L. SLUTSKY |
| Case Name: FRITZSCH CUSTOM BIUILDERS, LLC | Bank Name: |
| | Account Number / CD #: ******* |
| Taxpayer ID No: | |
| For Period Ending: 03/31/10 | Blanket Bond (per case limit): $ 2,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | NO BANK ACCOUNTS | | | | |

|  | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| - ********CCTS | 0.00 | 0.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 0.00 | 0.00 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 15.06b

LFORM24